**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| *Plaintiff,* | : |
| v. | :     **Criminal No. 07-065 (GK)** |
| **CHRISTIAN BORDA,** | : |
| **ALVARO ALVARAN,** | : |
| *Defendants.* | : |

## ORDER

Upon consideration of Defendants' Second Corrected Motion for a New Trial, any opposition thereto, and in the interests of justice, it is hereby this __ day of _____;

**ORDERED,** that Defendants' Motion is **GRANTED.**

---

**GLADYS KESSLER**
**SENIOR UNITED STATES DISTRICT JUDGE**

**cc:**
THE PARTIES VIA ECF